[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 2, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-13589
Non-Argument Calendar

_____

D. C. Docket No. 07-00032-CR-1-SPM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERNEST LEE LINTON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(April 2, 2009)**

Before BARKETT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Ernest Lee Linton in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Linton's convictions and sentences are **AFFIRMED**.